## United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ISRAEL MAZARIEGOS-ORTIZ
A/K/A "UBALDO MORALES-BRAVO"

Criminal Complaint

CASE NUMBER:  07- 196 M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about __August 17, 2007__ in __Sussex__ County, in the District of Delaware, defendant committed the offense of re-entry after deportation, in violation of Title __8__ United States Code, Section(s) __1326(a) & (b)(2)__.

I further state that I am a(n) __Deportation Officer, United States Immigration and Customs Enforcement__ and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
David W. Savina
Deportation Officer, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

October 16, 2007                                    at      Wilmington, DE
Date                                                              City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                   Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David W. Savina, being duly sworn, depose and say:

1. I am a Deportation Officer with the Department of Immigration & Customs Enforcement ("ICE"), a branch of the United States Department of Homeland Security ("DHS"), at the ICE office located in Dover, Delaware. I have been employed as a Deportation Officer since September 14, 1998, when the United States Immigration and Naturalization Service ("INS"), ICE's predecessor agency, employed me. The INS became known as ICE in March 2003, when it was transferred to DHS's jurisdiction.

2. This investigation is based upon information provided in DHS/ICE records, National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations and interviews.

3. On or about August 13, 2007, the ICE Dover office received notification from the Sussex County Correctional Institution ("SCI") in Georgetown, Delaware that a possible illegal alien was incarcerated at the facility. ICE database and NCIC record checks were conducted that indicated that the subject, Israel MAZARIEGOS-Ortiz (a/k/a Ubaldo MORALES-Bravo), was a possible illegal alien from Guatemala.

4. On August 17, 2007, your affiant interviewed Israel MAZARIEGOS-Ortiz at the SCI. Once advised of his rights in English pursuant to Miranda v. Arizona, MAZARIEGOS-Ortiz signed a written waiver of his rights and agreed to speak with your affiant. The subject stated that his true and correct name is Israel MAZARIEGOS-Ortiz, that he was born on a particular date in 1972 in Guatemala and that he is a citizen of Guatemala. He stated that he had been deported from the United States on December 22, 2005 and that he had re-entered the United States, without inspection or parole by an immigration officer, on or about May 2006, at an unknown location in Arizona. MAZARIEGOS-Ortiz stated that he knew he had re-entered the United States illegally and that he had not obtained the permission of the Attorney General of the United States or of the Undersecretary for Border and Transportation Security of the DHS before doing so.

5. Your affiant has reviewed DHS/ICE alien database records and MAZARIEGOS-Ortiz's ICE alien file (file number A73 679 339), which indicate that MAZARIEGOS-Ortiz was in fact born in 1972 in Guatemala and that he originally entered the United States without inspection on or about January 28, 1993. Those records confirmed that MAZARIEGOS-Ortiz was deported from the United States to Guatemala on December 22, 2005 and they contain no indication that he had obtained permission from the United States government to re-enter the country in May 2006.

6. Your affiant queried the subject's fingerprints in an automated system and compared those fingerprints to MAZARIEGOS-Ortiz's fingerprints when he was deported in December 2005. The comparison was a match.

WHEREFORE, your affiant avers that there is probable cause to believe that Israel MAZARIEGOS-Ortiz, a citizen and alien of Guatemala, was deported by ICE to Guatemala on December 22, 2005, that he was found in the United States in August 2007 and that prior to his re-embarkation at a place outside the United States, neither the Undersecretary for Border and Transportation Security of the DHS nor the Attorney General of the United States had expressly consented to such alien's re-applying for admission, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

David W. Savina
Deportation Officer
U.S. Immigration & Customs Enforcement

Subscribed and sworn to before me this 16 day of October 2007.

The Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware