UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
) CASE NO. 07-196M
vs. )
)
**ISRAEL MAZARIEGOS,** )
**a/k/a Bravo Baldo** )
        Defendant. )

O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **16th** day of **OCTOBER**, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                          _____
                                                          Honorable Mary Pat Thynge
                                                          U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

OCT 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE