AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Israel Mazariegos-Ortiz

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-196M

I, _Israel Mazariegos-Ortiz_, charged in a (complaint) (petition) pending in this District with _Re-entry after deportation_ in violation of Title _8_, U.S.C., _1326(a)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Defendant

10/16/07
_____
Date

_____
Counsel for Defendant